**CHESTNUT HILL SOUND INC., Appellant**

v.

**APPLE, INC., Appellee**

2017-1808

United States Court of Appeals, Federal Circuit.

March 13, 2018

ALEXIS FAYE MOSSER, Caldwell Cassady & Curry, Dallas, TX, argued for appellant. Also represented by JASON DODD CASSADY, HAMAD M. HAMAD.

JUANITA ROSE BROOKS, Fish & Richardson, PC, San Diego, CA, argued for appellee. Also represented by JOHN A. DRAG-

SETH, MARIA ELENA STITELER, Minneapolis, MN.

(Lourie, O'Malley, and Wallach, Circuit Judges).

## JUDGMENT

Per Curiam.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**